No. 850. LESLIE WALDECK ET AL. *v.* UNITED STATES. February 2, 1925. Petition for a writ of certiorari to the

Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Ronald C. Oldham* for petitioners. *The Attorney General* for the United States.